# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GERARDO MARTA,<br>Petitioner,<br>v.<br>NEIL McDOWELL, Warden,<br>Respondent. | Case No. SACV 17-01679 FMO (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: June 6, 2018

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE